**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DARREN JOHNSON,

    Plaintiff,

v.                                                Case No. 22-11304

B. MADERY, et. al.,

    Defendants,
_____/

**OPINION AND ORDER DENYING PLAINTIFF PERMISSION TO PROCEED
*IN FORMA PAUPERIS* OR TO FILE A CIVIL RIGHTS COMPLAINT
AND DISMISSING CASE**

Before the Court is Plaintiff Darren Johnson's civil rights complaint filed under 42 U.S.C. § 1983. For the reasons stated below, Plaintiff is denied permission to proceed *in forma pauperis* or to file a civil rights complaint, and the case is dismissed with prejudice.

"Plaintiff is a prolific filer in Michigan's Federal Courts." *Johnson v. Schultz*, No. 2:22-CV-11056, 2022 WL 1569281, at * 1 (E.D. Mich. May 18, 2022) (Murphy, J.). Plaintiff has numerous cases that have been dismissed for being frivolous, malicious, or for failing to state a claim upon which relief can be granted. Because of these prior dismissals, he has subsequently been denied permission to proceed without prepayment of fees and costs under the three strikes rule found in 28 U.S.C. § 1915(g). *Id.* Due to Plaintiff's lengthy and abusive litigation history of filing "scores of unmeritorious complaints," *Id.*, at * 2, this court has also enjoined Plaintiff from filing any new action without first obtaining leave of the court. *Id.*

Therefore, this court denies Plaintiff permission to proceed *in forma* pauperis or to file the current civil rights complaint in the instant case. Plaintiff's "history of unsubstantiated and vexatious litigation amounts to continued abuse of his *in forma pauperis* status." *See Edwards v. Johns,* 450 F. Supp. 2d 755, 756 (E.D. Mich. 2006) (Gadola, J.) (internal quotation omitted). This court will not grant Plaintiff permission to proceed *in forma pauperis* or to file this complaint because he has failed to show that his allegations have any merit and that they are not a repetition of Plaintiff's prior complaints. *Id.,* at 757.

IT IS HEREBY ORDERED that Plaintiff is DENIED permission to proceed *in forma pauperis* or to file a civil rights complaint.  The case is DISMISSED with prejudice.

<pre>                                s/Robert H. Cleland            /
                                ROBERT H. CLELAND
                                UNITED STATES DISTRICT JUDGE</pre>
Dated:  June 17, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 17, 2022, by electronic and/or ordinary mail.

<pre>                                s/Lisa Wagner                  /
                                Case Manager and Deputy Clerk
                                (810) 292-6522</pre>

S:\Cleland\Cleland\AAB\Opinions and Orders\Staff Attorney\22-11304.JOHNSON.OrderDismissingCase.DB.AAB.docx